UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Sergei Lemberg and Boris Kautsky,** | : |
| | : |
| **Plaintiffs,** | : **Civil Action No.: 3:14-cv-01236** |
| **v.** | : |
| | : |
| **Joseph P. Marzulli a/k/a Tony Anderson a/k/a Caller From 802-438-8612, and DOES 1-10,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)

Sergei Lemberg and Boris Kautsky ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: July 17, 2015**

                                          **Respectfully submitted,**

                                          <u>/s/ Sergei Lemberg</u>

                                          **Sergei Lemberg, Esq.**
                                          **LEMBERG LAW L.L.C.**
                                          **1100 Summer Street, 3rd Floor**
                                          **Stamford, CT 06905**
                                          **Telephone: (203) 653-2250**
                                          **Facsimile: (203) 653-3424**
                                          **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

  I hereby certify that on July 17, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

            Sergei Lemberg